**Order entered November 18, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00667-CV

## EVANGELINA REYES, Appellant

## V.

## JOSE TINAJERO, A BETTER PLACE LLC, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-02212

## ORDER

Before the Court is appellant's November 17, 2022 motion to extend time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 28, 2022. Because the brief was first due October 27, 2022, we caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE